KAREN L. LOEFFLER
United States Attorney

Gary M. Guarino, Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska   99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
Gary.guarino@USDOJ.GOV

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STERLING P. NIELSEN, Individually and as PR of the Estate of IRENE M. NIELSEN, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA <br><br> Defendant. | Case No.3:15-cv-258 JWS <br><br><br><br><br><br> **STATUS REPORT REGARDING PENDING SETTLEMENT** |

In accordance with the Court's Order [Dkt. 11], the United States files this status report regarding the pending settlement in this case.   The parties have reached a negotiated settlement of Plaintiffs' claims in this action and the settlement documents and request for payment have been submitted to the appropriate government office.   It is expected that the settlement payment will be processed and transferred to Plaintiffs' counsel within the next 30 days.

Upon Plaintiffs' receipt of the settlement funds, the parties will file the appropriate stipulation for dismissal of this action. If the settlement is not finalized within 30 days, the United States will file an updated status report on June 10, 2016.

RESPECTFULLY SUBMITTED this 11th day of May, 2016, in Anchorage, Alaska.

KAREN L. LOEFFLER
United States Attorney

s/Gary M. Guarino
Assistant U.S. Attorney
Attorney for Defendant

**CERTIFICATE OF SERVICE**
I hereby certify that on May 11, 2016,
a copy of the foregoing
was served via electronic service on:

Benjamin Whipple, Esq.

s/Gary M. Guarino
Assistant United States Attorney