KAREN L. LOEFFLER
United States Attorney

Gary M. Guarino, Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska   99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
Gary.guarino@USDOJ.GOV

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| STERLING P. NIELSEN, Individually and as PR of the Estate of IRENE M. NIELSEN, | ) ) ) ) | Case No. 3:15-cv-258 JWS |
|---|---|---|
| Plaintiffs, | ) ) | |
| vs. | ) ) | **STIPULATION OF DISMISSAL** |
| UNITED STATES OF AMERICA | ) ) | |
| Defendant. | ) | |

The Plaintiffs and defendant United States of America, via undersigned counsel, stipulate that all claims that were asserted or that could have been asserted by Plaintiffs against the United States in this action may be dismissed with prejudice, with each party to bear its own costs, expenses, and attorney's fees.

RESPECTFULLY SUBMITTED this 13th day of June, 2016, in Anchorage, Alaska.

KAREN L. LOEFFLER
United States Attorney

s/Gary M. Guarino
Assistant U.S. Attorney
Attorney for Defendant



s/Benjamin Whipple (Consent)
Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**
I hereby certify that on June 13, 2016,
a copy of the foregoing
was served via electronic service on:

Benjamin Whipple, Esq.

s/Gary M. Guarino
Assistant United States Attorney

*Sterling P. Nielsen, Indiv. & PR v. U.S.*     -2-
Case No. 3:15-cv-258